DEVERS, Respondent, v. GRAFF, et al, Appellants

(283 N. W. 863.)

(File No. 8063.   Opinion filed February 8, 1939.)

Hugh S. Gamble, of Sioux Falls, for Appellants.
Conway, Feyder & Conway, of Sioux Falls, for Respondent.

PER CURIAM. In this case a certified copy of the Notice of Appeal was filed in this Court on February 20, 1937. Since that time no further steps have been taken in this Court, no brief has been filed in behalf of Appellants and Appellants having in writing requested that the appeal may be stricken from the Court's files as the appeal has been abandoned, the appeal is therefore deemed abandoned and the judgment and order appealed from are affirmed.

All the Judges concur.